UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PAMELA J. MIGLIORE | CIVIL ACTION |
| VERSUS | NO: 16-17569 |
| SOCIAL SECURITY ADMINISTRATION | SECTION: "A" (4) |

# REPORT AND RECOMMENDATION

## I. Introduction

This is an action for judicial review of a final decision of the Commissioner of the Social Security Administration ("the Commissioner") pursuant to Title 42 U.S.C. § 405(g). The Commissioner denied Plaintiff, Pamela J. Migliore's claim for a period of disability and disability insurance benefits pursuant to Title XVI, 42 U.S.C. § 1382c.

The matter was referred to the undersigned pursuant to Title 28 U.S.C. § 636(b) and Local Rule 73.2(b) for the submission of Proposed Findings and Recommendations.

## II. Procedural Background

On December 19, 2016, the claimant, Pamela Migliore ("Migliore"), filed this appeal. R. Doc. 1. On January 5, 2017, the Court issued a scheduling order that required Migliore to file a brief in support of her claims for relief within forty (40) days after the defendant filed its answer. R. Doc. 5. On May 3, 2017, the defendant filed an answer. R. Doc. 9. As such, Migliore's brief was due no later than June 12, 2017. However, Migliore failed to file a brief in support of her claims.

On July 7, 2017, the undersigned issued a Show Cause Order requiring Migliore to show cause by written memorandum or motion on or before July 26, 2017 as to why she failed to comply with the scheduling order. R. Doc. 11. The Order also cautioned Migliore that failure to comply

may result in a dismissal of her claim without further notice. Nevertheless, Migliore failed to comply.

## III. Recommendation

For the foregoing reasons, it is **RECOMMENDED** that the instant action be **DISMISSED WITH PREJUDICE** for failure to comply with the Show Cause Order issued on July 7, 2017.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a Magistrate Judge's Report and Recommendation **within fourteen (14) days** after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. *See Douglass v. United Services Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996).

New Orleans, Louisiana, this 2nd day of August 2017

**KAREN WELLS ROBY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**