# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PAMELA J. MIGLIORE** | **CIVIL ACTION** |
| **VERSUS** | **NO: 16-17569** |
| **SOCIAL SECURITY ADMINISTRATION** | **SECTION: "A" (4)** |

## ORDER

The Court, after considering the petition, the record, the applicable law, the Chief Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Chief Magistrate Judge's Report and Recommendation, hereby approves the Chief Magistrate Judge's Report and Recommendation and adopts it as its opinion except that the action will be dismissed without prejudice. Accordingly,

**IT IS ORDERED** that the instant action is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Show Cause Order issued on July 7, 2017.

August 24, 2017

**UNITED STATES DISTRICT JUDGE**